AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JESUS RIVERA-RAMIREZ | CASE NUMBER: 08CR2485-LAB |

I, **JESUS RIVERA-RAMIREZ**, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/28/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X *Rivera-Ramirez Jesus*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer